## QUICKIE TRANSPORT CO. *v.* UNITED STATES ET AL.

No. 338.   Decided October 26, 1959.

*Gordon Rosenmeier* for appellant.

*Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, Robert W. Ginnane* and *Francis A. Silver* for the United States and the Interstate Commerce Commission, *Adolph J. Bieberstein* for Indianhead Truck Line, Inc., and *Perry R. Moore* for Schirmer Transportation Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.